Cullen
Assigned Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 11 2021

JULIA C. DUDLEY, CLERK
BY: A-Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Michael Duchelle Green - Pro-SA
Plaintiff full name

Inmate No. 30700223

v.

CIVIL ACTION NO. 7:21CV151

Mr. Chaous Ragsdale, P.O. Box 829, Halifax, Va 24558
Defendant(s) full name(s)

Mr. Joshua Salmon, Administrator, P.O. Box 6018 Lynchburg, Va 24505

****************************************************************

A. Current facility and address: Lynchburg Adult Detention Center P.O. Box 6018, Lynchburg, Va. 24505

B. Where did this action take place? Halifax Adult Detention Center

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes ___ No

If your answer to A is Yes, answer the following:

1. Court: Its being investigated by Halifax Police Department and Halifax Prosecuters Office
2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes ___ No

1. If your answer is Yes, indicate the result:

I wrote Halifax Prosecuters Office, And Captain Moore and Sgt Coleman and Joshua Salmon

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On 2/10/21 I and Officer Ragsdale along with officer wells was decussing Covid-19 in B Dorm at Halifax Adult Detention Center, the Conversation = See Add On

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

On 2/26/21 I was transfered to L.A.D.C. I have been Denied Medical Care since day one at Joshua Salmon's Request

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$50,000 for pain and Medical Care

G. If this case goes to trial do you request a trial by jury?  Yes _____  No ✓

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 3/5/21            SIGNATURE: Michael D. Green-Pro-SA

VERIFICATION:
I, Michael Duchelle Green-Pro-SA, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 3/5/21            SIGNATURE: Michael D. Green-Pro-SA

Claim #1                                                                 3/5/21

got a little heated, A few words was pass, At which I knew it was time for me to go, So Officer Wells call Lock down for the B.dorm. So with that I turn to go to my cell which was about 40ft from where we was standing, So me and another Inmate was talking from a distance, he said something and I said, "go ahead before I slap the shit out of you." Only a figure of speech (I have never been in a fight). So after getting 10ft from my cell Door Officer Ragsdale charge me (I never saw him coming) and violently thrust me in the Shoulder and Neck area, knocking me into the wall beside my Door and Also my knee hit the door after. I got myself together, I go inside and Lay down because of the pain the incident had brough on me. At this time Officer Ragsdale come in in my cell trying to fight me, Officer Wells was trying to restrain Officer Ragsdale through the entrier ordeal, at which he finely got Officer Ragsdale out the cell, this take around 7 to 9 min. Mine You all this was caught on Video, the camrea was only 10ft away and Pointing Right down on us (my intervgator ovest show me the DVD) Now that Office Ragsdale is outside the cell, Sgt Coleman come in the Dorm and now she is also trying to restrain Officer Ragsdale from another attack on me, I'm asking Sgt. Coleman to see medical and see a magistrate, Sgt. Colemean refused me, and tell me go Lay down. After that I finny get to see a doctor in which I am haveing sever Neck and Lower Back in which I am also having Left shoulder Pains from the force of the hit Officer Ragsdale is around 260 lbs, I am 190 lbs to date. Now while the investigation goes on I was shiped to Lynchburg, where I am being Denied Medical Attention and Locked in segagration by medical for Mobility everything is Recorded. Please investagate! I have copies of Request for medical Attention

Michael Green-Pro-SA-3070022.3
P.O. Box 6018
Lynchburg, Va. 24505

GREENSBORO NC 270
PIEDMONT TRIAD AREA
9 MAR 2021 · PM 2  FOREVER USA
Barn Swallow

The United States District Court
Office Of The Clerk
210 Franklin Rd., RM 540
Roanoke, Va. 24011

24011-000340