Andrew Lee O'Donnell
Registration #: 7869027

Case # 7:21-CV-00151
Mr. Michael Duchelle Green - Pro-Se 6/24/22

ANDREW LEE O'DONNELL
NOTARY PUBLIC
Commonwealth of Virginia
Registration #7869027
My Commission Expires Dec. 31, 2024

To: The United States District Court For The Western District of Virginia
From: Mr. Michael Duchelle Green - Pro-Se #1102807 - Plaintiff
For: A Follow Up Of In Opposition to Defendants Motion For Summary Judgment And New Evidence That was brought to My Attention Concerning the Defendant. Case No. # 7:21-CV-00151

It was brought to my Attention that Mr. Kiaous Ragsdale has been Terminated By Blue Ridge Regoinal Jail Auth. It is ovivos that Mr. Ragsdale was Terminated because he Violated BRRJ Auth. Ethic's and Code Of Use Of Force Policy while Violating the 8th Amendment Of the Constitution. It is Shown Clearly on the Survellance Video that Mr. Ragsdale used excessive Force Against Mr. Green, when excessive Force was not needed. Then Sgt. Coleman had to Force Mr. Ragsdale to Leave B-Unit because of his, Hateful, and cruel state-of Mind. The Survellance Video Clearly Show's Mr. Ragsdale Also Violated Prison Policy As evident by Mr. Ragsdale's being Terminated. Julian Friedman Harf Esq., Or BRRJ Auth. neither warned Myself or The Court of The Termination of Mr. Kiaous Ragsdale From BRRJ. Auth. When Blue Ridge Reg. Jail Auth. Accept the contract From Department Of Corrections to House Inmates until DOC Are ready For them, BRBJA has A Obligation to Provide Medical and Safety to these inmates, when a Inmate's Attacked by a Officer and it is caught on Survellance Video, that makes BRRJA Lieable. The Purpose Of the Survellance Video is to ensure the Safety of the Inmates and Officers Alike. This Survellance Video Clearly shows Mr. Ragsdale Putting his hands on Mr. Green when no Prevoken is Present.

Page One

Also there is a Halifax Police Department incident Report written by Officer Bowen of the Halifax Police Department, Mr. Ragsdale gave a Statement in which he Openly Admitted to putting his hands on Mr. Green. Mr. Ragsdale gave this Statement under Miranda Rights, now for Mr. Ragsdale to be terminated By Blue Ridge Reg. Jail Auth., Clearly states that he not only Violated The Constitution by Violated the Rules and Ethic's of Code and Policy of Blue Ridge Reg. Jail Auth. When Mr. Ragsdale Violately Punch me through the Doorway of the Pod-B-1st Cell, I was knocked in to the wall and then I fell on my knee's causing A Patellae Tracking of the knees in which I am currently seeing a Ortho Doctor Because of Patellae Tracking. So I am writting to inform The United States District Court that Mr. Ragsdale was terminated by BRRJA, and that is more evidence of the reason why I ask the Court to please Allow me to Present ALL the Evidence that I have gathered to the Jury of how Blue Ridge Regional Jail Auth. and Mr. Kigous Ragsdale Violated the 8th Amendment by using excessive Force against a Virginia State Inmate and Violated the Use Of Force Policy And it was caught on Survellance Video, And Now Mr. Kigous Ragsdale has Been Terminated, that Clearly Shows of this Officers Violation. Please Allow me to Present my Case to the Jury.          Thank You: Pro-Se-Plaintiff

Mr. Michael Duchelle Green-Pro-Se-Plaintiff
Pocahontas State Correctional Center
P.O. Box 518
Pocahontas, Virginia. 24635

Mr. Michael Dubet DeGreen Bo So-1102897
Pocahontas State Correctional Center
P.O. Box 518
Pocahontas, Virginia. 24635

VADOC neither censored nor inspected this item and assumes no responsibility for its content

Legal mail

The United States District Court, Western District
210 Franklin Rd., Rm 540
Roanoke, Virginia. 24011

24011-220840

Legal Mail